UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA BECERRIL,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. EDCV16-1552 FFM<br><br>**[PROPOSED] ORDER AWARDING**<br>**EQUAL ACCESS TO JUSTICE**<br>**ACT ATTORNEY FEES AND**<br>**COSTS** |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FIVE THOUSAND DOLLARS and NO CENTS ($5,000.00), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: December 20, 2017

　　　　　　　　　　　　/s/ Frederick F. Mumm
　　　　　　　　　　THE HONORABLE FREDERICK F. MUMM
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE